UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PRIME INSURANCE COMPANY,<br><br>                               Plaintiff,<br><br>-against-<br><br>NEW YORK HARBOR JET SKI, LLC et al.,<br><br>                               Defendants. | 24-cv-858 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

The parties are scheduled to appear for an initial pretrial conference next week. Dkt. 5. By Court order, the parties were supposed to submit a letter and proposed case-management plan yesterday. *Id.* The parties failed to do so. And Defendants have not even appeared.

By April 26, 2024, at 5:00 p.m., Plaintiff shall submit a letter describing (1) any contact with the Defendant, (2) efforts made to serve Defendants, and (3) any other update related to this case.

SO ORDERED.

Dated: April 26, 2024
         New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge