UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PRIME INSURANCE COMPANY,<br><br>                      Plaintiff,<br><br>-against-<br><br>NEW YORK HARBOR JET SKI, LLC et al.,<br><br>                      Defendants. | 24-cv-858 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      Discovery in this case has closed and the time for post-discovery summary judgment motions has elapsed. *See* Dkt. 31. Accordingly, the parties are ORDERED to submit a joint letter to the Court by **January 13, 2025** designating two separate weeks in March that would work for all involved (including the parties themselves and any necessary witnesses) to try this case.

      SO ORDERED.

Dated: January 10, 2025
       New York, New York

                                                ARUN SUBRAMANIAN
                                           United States District Judge